UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM BURNS and SANDRA BURNS,)
On behalf of the minor child, JANE DOE,  )
    Plaintiffs,                )
                               )      CIVIL ACTION NO. 1:25-cv-10275-GAO
v.                          )
                               )
BELLINGHAM PUBLIC SCHOOLS, THE )
TOWN OF BELLINGHAM, THOMAS    )
FORBES, MEGAN LAFAYETTE, JAMIE )
STACY, STUDENT 1, STUDENT 3, THE )
PARENTS OF STUDENT 1 and THE    )
PARENTS OF STUDENT 3          )
    Defendants.

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Denis Fraine, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendants,

_____
Denis Fraine
On Behalf of Defendants
Town of Bellingham and
Bellingham Public Schools

Dated: 4-17-2025

Defendants,

Town of Bellingham and
Bellingham Public Schools

By their Attorney,

*/s/ Alexandra "Sasha" M. Gill*

_____
Alexandra "Sasha" M. Gill (BBO# 663040)
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
sgill@lccplaw.com
(617) 439-0305

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 30th day of April 2025:

Sol J. Cohen, Esquire
Kerstein, Coren & Lichtenstein, LLP
60 Walnut Street, 4th Floor
Wellesley, MA  02481
scohen@kcl-law.com

*/s/Alexandra "Sasha" M. Gill*

Alexandra "Sasha" M. Gill

2