UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM BURNS, and SANDRA BURNS, on behalf of their minor child, JANE DOE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BELLINGHAM PUBLIC SCHOOLS, THE TOWN OF BELLINGHAM, HESRICK RICHARDS, GEENA RICHARDS, H.R., and EDEL COLON, OSCAR COLON, and JC.<br><br>　　　　Defendants. | C.A No. 25-CV-10275-GAO |

**EMERGENCY MOTION FOR A STATUS CONFERENCE BEFORE FILING AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES the Plaintiffs, through counsel, and request an emergency status conference to address the procedural propriety of Defendants' recently filed motion to dismiss. The Plaintiffs seek to bifurcate the procedural and substantive issues raised by the Defendants' Motion to Dismiss. The Defendants' motion to dismiss is untimely, as they had already answered the complaint and the parties are actively engaged in discovery. In fact, Defendants rely on documents exchanged during discovery as exhibits in support of its Motion to Dismiss.

**Procedural History**

1.  Plaintiffs filed their Complaint on February 4, 2025, naming Defendants Bellingham Public Schools, the Town of Bellingham, Thomas Forbes, Megan Lafayette, Jamie Stacy, and Doe Defendants, Student 1, Student 2, Parents of Student 1, and Parents of Student 3.

2.  On March 18, 2025, Defendants filed their First Amended Complaint dismissing their claims against Thomas Forbes, Megan Lafayette, and Jamie Stacy.

3.  On April 14, 2025, Defendants Bellingham Public Schools and the Town of Bellingham filed their Answer to Plaintiff's Amended Complaint.

4. Thereafter, the parties began the discovery process. The Plaintiffs have responded to the municipal defendants' interrogatories and the bulk of their requests for production of documents.

5. On July 14, 2025, the Court ordered the disclosure of the identity of the Doe defendants to the Plaintiffs.

6. Plaintiffs subsequently filed their Amended Complaint on October 1, 2025. The only change from the prior amended complaint was that the Plaintiffs included the name of the Doe Defendants; they made no substantive changes to the facts alleged in the amended complaint, nor were any changes made to the claims against any Defendant.

7. On October 3rd and October 6th, the Parties conferred regarding the procedural appropriateness of the Defendants' filing a Motion to Dismiss, as they had already filed an answer, and it would be prejudicial to the plaintiffs, considering how far the parties were into the discovery process.

8. On October 6, 2025, Defendants Bellingham Public Schools and the Town of Bellingham filed a Motion to Dismiss Plaintiffs' claims in their entirety.

9. Plaintiffs have until October 20, 2025, to Oppose the Motion to Dismiss.

**Request for Clarity and to Bifurcate the Procedural and Substantive Issues Raised by Defendants' Motion to Dismiss**

Before substantively opposing Defendants Bellingham Public Schools and the Town of Bellingham's Motion to Dismiss, which is due on or before October 20, 2025, Plaintiffs respectfully seek clarification from the Court regarding the procedural validity of Defendants' filing, as the Plaintiffs dispute whether Defendants are procedurally entitled to file a Motion to Dismiss at this stage. Accordingly, Plaintiffs request an emergency status conference for clarification on the appropriate procedural course. The status conference will benefit all parties and promote judicial efficiency. Plaintiffs, therefore, request that the Court schedule a conference to address the procedural issue before either side incurs unnecessary burden or expense through motion practice.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court schedule an Emergency Status Conference and bifurcate for determination the threshold issue of procedural

propriety of the Defendants' motion to dismiss and the substantive issues raised in the

Defendants' Motion to Dismiss.

Plaintiffs,
By their attorney,

*Sol J. Cohen*

_____
Sol J. Cohen, Esq., BBO # 630776
Coren & Lichtenstein, LLP
60 Walnut Street, 4th Floor
Wellesley, MA 02481
(781) 997-1600
EMAIL:  scohen@cl-lawgroup.com

DATE: October 8, 2025

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on October 8, 2025.

*/s/ Sol J. Cohen*
Sol J. Cohen