UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM BURNS, and SANDRA BURNS,
on behalf of their minor child, JANE DOE,

      Plaintiffs,

v.

BELLINGHAM PUBLIC SCHOOLS, THE
TOWN OF BELLINGHAM, HESRICK
RICHARDS,  GEENA RICHARDS, H.R., and
EDEL COLON, OSCAR COLON, and JC.

      Defendants.

C.A No. 25-CV-10275-GAO

PLAINTIFFS ASSENTED TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON THEIR
OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(4), Plaintiffs William Burns, Sandra Burns, and Jane Doe hereby move for leave to increase the page limit for their Opposition to the Defendant, Bellingham Public Schools, and the Town of Bellingham's ("the municipal defendants") Motion to Dismiss the Complaint from twenty (20) pages to twenty-two (22) pages. As grounds for this Motion, Defendants state that although Plaintiffs have endeavored to stay within the twenty-page limit in drafting their opposition, they need additional pages to present the applicable law and to thoroughly present their arguments to the Court.  Because of the number and breadth of the issues raised in the municipal defendants' Motion to Dismiss, Defendants seek leave to file a brief that is a maximum of twenty-two (22) pages long. The municipal defendants have assented to Defendants' request for leave.

WHEREFORE, Plaintiffs respectfully move for leave to file an Opposition to the Municipal

Defendants' Motion to Dismiss, which is a maximum of twenty-two (23) pages.

1

Respectfully submitted,
William Burns, Sandra Burns and Jane Doe


/s/ Hannah N. Konowitz
Hannah N. Konowitz, Esq., BBO# 704592
Kerstein and Konowitz Law Group LLP
20 Walnut Street, Suite 201
Wellesley, MA 02481
781-705-2342
hkonowitz@kandklg.com

Assented to
By the Defendants, through counsel,


/s/ Alexandra M. Gill
Alexandra M. Gill
Louison, Costello, Condon and Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston MA 02109
617-307-5051
sgill@lccplaw.com

Date: October 31, 2025

## LOCAL RULE 7.1 CERTIFICATION

I, Hannah Konowitz, counsel for Plaintiffs, hereby certify that on October 31, 2025, I conferred with counsel for Plaintiffs, who assent to this Motion.

/s/ Hannah Konowitz
Hannah Konowitz


## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper and/or electronic copies will be sent to those indicated as non-registered participants.


/s/ Hannah N. Konowitz